■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN BROWN, Appellant. [682 NYS2d 572] —Judgment, Supreme Court, New York County (John Bradley, J.), rendered September 11, 1995, convicting defendant, after a jury trial, of intimidating a victim or witness in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

We find that totality of the record establishes that defendant voluntarily, knowingly, and intelligently waived his rights under *People v Antommarchi* (80 NY2d 247, 250), to be present at certain sidebar conferences with prospective jurors. Although the waiver was conveyed by counsel, defendant was clearly aware of his right to be present, since he exercised that right by participating in other such conferences (*People v San-*

*tana*, 247 AD2d 201, *lv denied* 91 NY2d 977) and was present when counsel thereafter waived in open court. Concur—Lerner, P. J., Ellerin, Andrias and Saxe, JJ.